JUDGE CROTTY

**07 CIV 6218**

JS 44C/SDNY
REV. 12/2005

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS AMERICAN HOME MORTGAGE CORP

DEFENDANTS UNITED GENERAL MORTGAGE CORP

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bruce Goodman, Zeichner Ellman & Krause LLP, 575 Lexington Ave., New York, NY 10022 (212) 223-0400

ATTORNEYS (IF KNOWN)
Jung H. Park, Ropers Majeski Kohn & Bentley, 17 State St., Ste 2400, New York, NY 10004 (212) 668-5927

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
28 USC sections 1441, 1446. Plaintiff seeks damages against Defendant, in an amount not less than $644,352.93 plus attorneys fees and costs, minus the value of the foreclosed property, for an alleged breach of contract claim.

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

RECEIVED JUL 05 2007 U.S.D.C. S.D.N.Y. CASHIERS

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [x] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 644,352.93   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | ORIGIN | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2a. Removed from State Court ☐ 2b. Removed from State Court AND at least one party is a pro se litigant | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☒ 4 DIVERSITY | | CITIZENSHIP BELOW. (28 USC 1332, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [x] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

American Home Mortgage Corp.
538 Broadhollow Rd., Melville, NY 11747
Suffolk County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

United General Mortgage Corp.
1412 Walter Street, Bethlehem, PA 18015
Northampton County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS   ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 7/5/07   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. Nov  Yr. 2006 )
RECEIPT #   Attorney Bar Code # JP1227

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES HOME DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
AMERICAN HOME MORTGAGE
CORP,

                Plaintiffs,

   v.

UNITED GENERAL MORTGAGE
CORPORATION

                Defendant.
---------------------------------X

JUDGE CROTTY

Case 07 CIV 6218

**DEFENDANT'S NOTICE OF REMOVAL FROM STATE COURT TO UNITED STATES DISTRICT COURT**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, AND TO PLAINTIFF AND ITS ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that defendant United General Mortgage Corp. ("United") hereby removes the above-entitled action from the Supreme Court of New York, in and for the County of New York, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1441

Defendant United states that removal is proper for the following reasons:

1. On June 6, 2007, an action was commenced in the Supreme Court of the State of New York in and for the County of New York, entitled American Home Mortgage Corp. v. United General Mortgage Corp., index no. 601885/07. A copy of the complaint is attached hereto as Exhibit A.

2. The first date upon which defendant United received a copy of said complaint was June 6, 2007, when Plaintiff American Home Mortgage Corp. ("American") requested that the undersigned law firm accept service on behalf of

Defendnat United. A copy of the summons is attached hereto as Exhibit B.

3. Removal of this case is based upon diversity of citizenship.

4. Plaintiff is a citizen of the State of New York. Defendant is a corporation incorporated in a state other than New York that has its principal place of business in Pennsylvania. The amount in controversy in this case exceeds $75,000, exclusive of interest and costs. See Complaint, pages 5, 6.

5. Defendant has given written notice of the filing of this Notice to plaintiff, and has likewise filed a written notice of removal with the Clerk of the Supreme Court of New York, County.

6. This Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b); to-wit, filed within thirty days after service of the Complaint on the defendant.

7. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well grounded in fact, it is warranted by existing law, and is not interposed for any improper purpose.

Dated: July 2, 2007

                                    ROPERS, MAJESKI, KOHN & BENTLEY

                                    By: _____
                                      Geoffrey W. Heineman (GH 4334)
                                      Jung H. Park (JP 1227)
                                      Attorney for Defendant
                                      *United General Mortgage Corporation*
                                      17 State Street, Suite 2400
                                      New York, New York 10004
                                      (212) 668-5927

# EXHIBIT A

SUPREME COURT: NEW YORK COUNTY

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> – against – <br><br> UNITED GENERAL MORTGAGE CORP., <br><br> Defendant. | Index No.: 60185/07 <br><br> **COMPLAINT** |

Plaintiff American Home Mortgage Corp. ("American Home"), by its attorneys, Zeichner Ellman & Krause LLP, for its complaint alleges, upon information and belief, as follows:

### FOR A FIRST CAUSE OF ACTION

1. American Home is a New York corporation with its principal place of business at 538 Broadhollow Road in Melville, New York.

2. Defendant United General Mortgage Corp. ("United General") is a foreign corporation with its principal place of business at 1412 Walter Street, Bethlehem, Pennsylvania 18015.

3. On or about March 13, 2006, American Home and United General entered into an American Home Correspondent Agreement (the "Agreement") pursuant to which United General agreed to sell, and American Home agreed to purchase certain residential mortgage loans "in accordance with the terms and conditions of th[e]

Agreement and the AHM Correspondent Guide, as amended from time to time (the 'Guide')."

4. Section 6.5: <u>Early Payment Default</u> of the Guide provides, in relevant part:

> American Home Mortgage reserves the right to require repurchase of any mortgage loan in which one or more 30-day delinquency occurred in the three months following our purchase of the loan.
>
> The repurchase price to be paid to AHM shall be an amount equal to the outstanding principal balance at par of such Mortgage Loan plus accrued interest to the date of repurchase plus any reasonable cost or expense incurred by AHM relating to the repurchase. Such cost or expense as documented in writing by AHM including but not limited to the following: attorney fees, foreclosure fees, bankruptcy fees, property maintenance and inspection fees, escrow shortage, and corporate advances.

5. Section 8.94: <u>Repurchase</u> of the Guide, provides in relevant part:

> [Defendant] shall have a period of thirty (30) days from …its receipt of notice of any Breach to correct or cure such Breach. [Defendant] hereby covenants and agrees that if any such Breach is not corrected or cured within such thirty (30) day period, [defendant] shall, within such period, at AHM's option, repurchase such Mortgage Loan at the Repurchase Price.

6. Pursuant to the Agreement, American Home purchased two mortgage loans from United General, both secured by the same real property, which are now in default as a result of delinquent early payments, and which United General is

2

obligated to repurchase from American Home pursuant to the terms of the Agreement. The two mortgage loans now in default (collectively, the "Mortgage Loans") are:

(a)  Loan No.:   1354080
     Borrower:   Phillip H. Nguyen
     Property:   6 New Light Place
                 Spring, Texas 77382
                 (the "First Mortgage Loan")

(b)  Loan No.:   1354169
     Borrower:   Phillip H. Nguyen
     Property:   6 New Light Place
                 Spring, Texas 77382
                 (the "Second Mortgage Loan")

7. Pursuant to the terms of the Agreement, American Home provided United General with due written notice of the default of the Mortgage Loans and demanded that United General repurchase them.

8. The aggregate repurchase price for Mortgage Loans is $644,352.93.

9. United General failed to repurchase the Mortgage Loans despite American Home's demands.

10. By reason of the foregoing, United General materially breached its obligations to American Home pursuant to the Agreement.

11. Due to non-payment of the First Mortgage Loan, American Home foreclosed on said loan and at the foreclosure sale purchased the real property securing said loan (the "REO Property").

12. American Home now owns or beneficially owns the REO Property.

13. American Home is ready and willing, and hereby offers to deed the REO Property to United General upon payment of the aggregate repurchase price for the Mortgage Loans.

14. American Home requests that this Court award American Home judgment in an amount no less than the aggregate repurchase price of the Mortgage Loans, less the value of the REO Property.

### FOR A SECOND CAUSE OF ACTION

15. American Home repeats and realleges the allegations contained in paragraphs 1 through 14 above.

16. Section 8.28: <u>Acceptable Investment</u> of the Guide provides that defendant warrants to AHM that:

> No circumstances or conditions exist with respect to the Mortgage, the Mortgaged Property, the Borrower, the Borrower's credit standing or otherwise that could reasonably be expected to cause an investor to regard the Mortgage Loan as an unacceptable investment, cause the Mortgage Loan to become delinquent, or materially adversely affect the value or marketability of the Mortgage Loan.

4

17.	The borrower's early payment default on the Mortgage Loans would reasonably be expected to cause an investor to regard the loans as an unacceptable investment because of their likelihood to become delinquent, or to materially affect the value or marketability of said loans.

18.	By reason of the foregoing, United General materially breached its obligations to American Home pursuant to the Agreement.

19.	American Home is ready and willing, and hereby offers to reassign the Mortgage Loans to United General upon payment of the repurchase price of said loan.

20.	American Home requests that this Court award American Home judgment in an amount no less than the aggregate repurchase price of the Mortgage Loans, less the value of the REO Property.

**WHEREFORE**, American Home demands judgment against defendant as follows:

(a)	on the first claim for relief, directing that American Home have judgment against defendant United General in the amount of no less than $644,352.93, plus costs and expenses, including attorneys' fees and disbursements, less the value of the REO Property;

(b) on the second claim for relief, directing that American Home have judgment against defendant United General in the amount of no less than $644,352.93, plus costs and expenses, including attorneys' fees and disbursements, less the value of the REO Property;

(c) for all appropriate interest, together with costs and disbursements of this action; and

(d) for such further and other relief as the Court deems just and proper.

Dated: New York, New York
       June 5, 2007

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner, Esq.
Bruce S. Goodman, Esq.
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SUPREME COURT: NEW YORK COUNTY                    Index No.: 601885/07

AMERICAN HOME MORTGAGE CORP.,

                Plaintiff,

– against –

UNITED GENERAL MORTGAGE CORP.,

                Defendant.

## SUMMONS AND COMPLAINT

ZEICHNER ELLMAN & KRAUSE LLP
575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
TEL: (212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

# EXHIBIT B

SUPREME COURT: NEW YORK COUNTY

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> – against – <br><br> UNITED GENERAL MORTGAGE CORP., <br><br> Defendant. | Index No.: 60/885/07 <br><br> **SUMMONS** <br><br> Plaintiff designates New York County as the place of trial pursuant to CPLR 501. |

To the above-named defendant:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       June 5, 2007

NEW YORK
COUNTY CLERK'S OFFICE

JUN – 6 2007

NOT COMPARED
WITH COPY FILE

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner, Esq.
Bruce S. Goodman, Esq.
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: UNITED GENERAL MORTGAGE CORP.
    1412 Walter Street
    Bethlehem, Pennsylvania 18015

504689.01/10331-043/DBD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X
AMERICAN HOME MORTGAGE          :    Case No. 07 CIV 6218
CORP,                           :
                                :
                                :
             Plaintiffs,        :    STATEMENT PURSUANT TO
                                :    F.R.C.P. 7.1 (a)
    v.                          :
                                :
UNITED GENERAL MORTGAGE         :
CORPORATION                     :
                                :
             Defendant.         :
=====================================X

United General Mortgage Corporation has no parent corporations. No publicly-held company owns more than 10% of United General Mortgage Corporation's stock.

Dated: July 2, 2007

                ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
    Geoffrey W. Heineman (GH 4334)
    Jung H. Park (JP 1227)
    Attorney for Defendant
    *United General Mortgage Corporation*
    17 State Street, Suite 2400
    New York, New York 10004
    (212) 668-5927