# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX (212) 753-0396
www.zcklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX (203) 862-9889

DIRECT DIAL
(212) 826-5357
bgoodman@zcklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX (973) 364-9960

September 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

**BY FACSIMILE**

Honorable Paul A. Crotty, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

**Facsimile No.:** (212) 805-6304

Application **GRANTED**
SEP 2 0 2007

American Home Mortgage Corp. v. United General Mortgage Corp.
**Case No.: 07 CV 6218 (PAC)**

SO ORDERED:

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

  This firm represents plaintiff American Home Mortgage Corp. ("American Home") in the referenced action. On July 27, 2007, Your Honor entered a Case Management Plan setting forth certain discovery deadlines.

  On August 6, 2007, American Home filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. To date, we have not received instruction from American Home concerning whether we will be retained in the bankruptcy action in connection with the referenced matter, and are not presently authorized to proceed. Consequently, we write on consent to respectfully request a 30-day extension of all of the deadlines set forth in the Case Management Plan. A previous request for 30-day extensions of the deadlines in the Case Management Plan has been made, which request the Court granted on August 7, 2007.

Respectfully submitted,

Bruce R. Goodman

BG:jd

cc: Jung H. Park, Esq. (by email)