# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zcklaw.com

DIRECT DIAL
(212) 826-5357
bgoodman@zcklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX (973) 364-9960

October 29, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 7 2007

**Application GRANTED**
**SO Ordered** NOV 0 7 2007

*[signature]* Paul A. Crotty

**BY FACSIMILE**

Honorable Paul A. Crotty, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Facsimile No.: (212) 805-6304

American Home Mortgage Corp. v. United General Mortgage Corp.
Case No.: 07 CV 6218 (PAC)

Dear Judge Crotty:

This firm represents plaintiff American Home Mortgage Corp. ("American Home") in the referenced action.

On August 6, 2007, American Home filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. We write to advise the Court that the parties have agreed in principle to settle the action subject to the approval of the Bankruptcy Court. Consequently, we write on consent to respectfully request that the Court adjourn all deadlines in the action ~~sine die~~ Sixty days. We thank the Court for its courtesy.

Respectfully submitted,

*[signature]*

Bruce S. Goodman

BG:jd

cc: Geoffrey W. Heinemen, Esq. (by email)