Mark Zeichner
Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> - against - <br><br> UNITED GENERAL MORTGAGE CORPORATION, <br><br> Defendant. | Case No.: 07 CV 6218 (PAC) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff American Home Mortgage Corp. and defendant United General Mortgage Corporation, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the action be, and hereby is, dismissed with prejudice, and without costs to any party as against the other pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts all of which shall constitute one document, and that facsimile copies of this stipulation shall be deemed originals.

Dated:   New York, New York
         January __, 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
   Mark Zeichner
   Bruce S. Goodman
   Attorneys for Plaintiff
   575 Lexington Avenue
   New York, New York 10022
   (212) 223-0400

ROPERS MAJESKI KOHN BENTLEY

By: _____
   Jung H. Park
   Attorneys for Defendant
   17 State Street, Suite 2400
   New York, New York 10004

SO ORDERED:

_____
Hon. Paul A. Crotty, U.S.D.J.

516598.v1/10331-027/BG