Mark Zeichner
Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME MORTGAGE CORP.,

                             Plaintiff,

- against -

UNITED GENERAL MORTGAGE
CORPORATION,

                             Defendant.

---

Case No.: 07 CV 6218 (PAC)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff American Home Mortgage Corp. and defendant United General Mortgage Corporation, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the action be, and hereby is, dismissed with prejudice, and without costs to any party as against the other pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts all of which shall constitute one document, and that facsimile copies of this stipulation shall be deemed originals. The Clerk of Court is directed to close this case.

Dated:    New York, New York
          FEB 13 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner
Bruce S. Goodman
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

ROPERS MAJESKI KOHN BENTLEY

By: _____
Jung H. Park
Attorneys for Defendant
17 State Street, Suite 2400
New York, New York 10004

SO ORDERED:    FEB 13 2008

_____
Hon. Paul A. Crotty, U.S.D.J.

516598.v1/10331-027/BG